**byIN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

**Re:**  Case No. 2:19-bk-32484-SHB
**MICHAEL ELMER MANESS**  Chapter 7
**MICHELE DENISE MANESS**

**Debtor**

**AMENDED NOTICE OF AMENDMENT AND CERTIFICATE OF SERVICE**

I, Charles Parks Pope, attorney hereby notified that the debtor(s) have filed an Amended Schedule(s) listed below:

**CHECK THE APPLICABLE BOXES BELOW:**

| | |
|---|---|
| ☐ | Amendment to Petition: ☐ Name  ☐ Address  ☐ Social Security Number |
| ☐ | Statement of Financial Affairs |
| ☐ | Schedule A/B |
| ☒ | Schedule C |
| ☐ | Schedule D   ☐ Schedule E/F |
| | ☐ Add creditors or change amount or classification of debt |
| ☐ | Schedule G |
| ☐ | Schedule H |
| ☐ | Schedule I |
| ☐ | Schedule J |
| ☐ | Other Document Included with Schedules e.g., Disclosure of Compensation of Attorney |

**Additional Details of Amendment (attach separate page if need):**

> Amend Schedule C – Exemptions to disclose Unknown Personal Injury Class Action claim

Date: 6/14/2022

/s/ Charles Parks Pope, BPR# 15617
Attorney for Debtor(s)
404 E. Watauga Ave.
P.O. Box 6185
Johnson City, TN 37601
(423) 282-2512
Charles@thepopefirm.com

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2022, a true and exact copy of the attached Amended Schedule C – Exemptions, Amended Declaration, and Notice of Amendment have been served electronically upon the U.S. Trustee at ustpregion08.kx@usdoj.gov and Ryan Jarrad, Chapter 7 Trustee and by U.S. Mail, First Class, Postage Prepaid upon Michael and Michele Maness, Debtors and all creditors and parties in interest as evidenced by the attached mailing matrix.

/s/ Charles Parks Pope
CHARLES PARKS POPE. BPR#015617
Attorney for Debtor(s)
404 E. Watauga Ave.
P.O. Box 6185
Johnson City, TN 37601
(423) 282-2512
(423) 282-2703 – fax
Charles@thepopefirm.com