**The application is granted, with employing relating back to August 5, 2019.**

**SO ORDERED.**
**SIGNED this 8th day of September, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**MICHAEL ELMER MANESS,**　　　　　Case No. 3:19-BK-32484-SHB
**MICHELE DENISE MANESS**　　　　　　　　　　Chapter 7

　　　　Debtors.

## ORDER

Upon the application of Ryan E. Jarrard, Trustee, seeking authority to employ Ferrer, Poirot, Wansbrough, Feller, Daniel, Abney & Linville; Jim S. Adler & Associates; Goldwater Law Firm, P.C. and Fears Nachawati, as his attorneys for the special purpose to represent him as counsel to recover the estate's claim for a defective transvaginal mesh medical device, and it appearing to the Court that Ferrer, Poirot, Wansbrough, Feller, Daniel, Abney & Linville; Jim S. Adler & Associates; Goldwater Law Firm, P.C. and Fears Nachawati are attorneys duly authorized to practice and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. § 101(14), and

that the provisions of Red. R. Bankr. P. 2014(a) and E.D. Tenn. LBR 9013-1(g)(xiv) have been satisfied, the application is **GRANTED**.

Ryan E. Jarrard, Trustee, shall be and hereby is, authorized to employ Ferrer, Poirot, Wansbrough, Feller, Daniel, Abney & Linville; Jim S. Adler & Associates; Goldwater Law Firm, P.C. and Fears Nachawati, under the terms and conditions set forth in his application. The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

The Order is entered and relates back to May 2, 2017.

This Order is subject to an objection by the debtors or the United States Trustee if an objection is filed within seven (7) days from the date of service of the Motion.

**IT IS SO ORDERED.**

###

**APPROVED:**

/s/ Ryan E. Jarrard
RYAN E. JARRARD
Tennessee Bar No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com