

**SO ORDERED.**
**SIGNED this 28th day of December, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**MICHAEL ELMER MANESS**        Case No. **3:19-bk-32484-SHB**
**MICHELE DENISE MANESS**        Chapter 7

Debtors.

### ORDER APPROVING OBJECTION TO CLAIM NO. 7

The Trustee filed an objection to Claim 7 filed by Citibank, N.A. pursuant to passive notice as permitted by LBR 9013(h). A copy of the objection was served on the creditor, and no response to the objection was received within the time permitted. As a result, the Court finds in favor of the Trustee and grants the objection. Claim number 7 filed by Citibank, N.A. is hereby denied for the reasons set forth in the objection.

###

APPROVED FOR ENTRY:

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Horizon Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 212
rej@qcflaw.com