

**SO ORDERED.**
**SIGNED this 27th day of December, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

MICHAEL ELMER MANESS
MICHELLE DENISE MANESS

          Debtors

Case No. 3:19-bk-32484-SHB
Chapter 13

### O R D E R

A hearing was held December 21, 2023, on Ryan E. Jarrard, Trustee, Objection to Exemption of Debtors ("Objection to Exemptions") filed on June 29, 2022 [Doc. 40].  At the December 21 hearing and at seven prior hearings on and after September 29, 2022, Mr. Jarrard advised the Court that he has requested an itemization and final amounts from the Trustee's special counsel, Fears Nachawati (which was employed as special counsel in this case by the Order entered September 9, 2022 [Doc. 48]), of medical liens imposed against Debtor's personal injury transvaginal mesh implant settlement.  The Trustee still has not received the information he requested, and the Objection to Exemption cannot be resolved or adjudicated until special counsel provides the information.  The Court, accordingly, directs the following:

    1. The hearing on the Objection to Exemption is CONTINUED to January 25, 2024, at

9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee.

2. No later than close of business on January 19, 2024, Fears Nachawati shall provide to Mr. Jarrard the final amounts of any medical liens imposed against Debtor's personal injury transvaginal mesh implant settlement. The failure to comply with this directive and to provide Mr. Jarrard with the information he has requested may result in a reduction of fees for which Court approval ultimately will be requested for compensation to Fears Nachawait as special counsel.

###