*IN THE UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**MICHAEL ELMER MANESS,**                      **Case No. 3:19-32484-SHB**
**MICHELE DENISE MANESS,**                             **Chapter 7**

Debtors.

## ORDER APPROVING FINAL COMPENSATION AND EXPNESES

Ryan E. Jarrard, Trustee, sought final compensation of **$31,000.00** and reimbursement of expenses in the amount of **$450**. The attorneys served a copy of the application, together with the approved order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Special Counsel for the Trustee is hereby permitted the following fees in representing the estate to prosecute a personal injury claim of the Debtor:

| Attorney: | Payment: |
|---|---|
| Fears Nachwati Law Firm: | $12,400.00 + $450.00 (expenses) |
| Ferrer, Poirot & Wansbrough: | $9,300.00 |

| | |
|---|---|
| Jim S. Adler & Associates: | $7,750.00 |
| Goldwater Law Firm, LLC: | $1,550.00 |

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
800 S. Gay St., Ste. 2121
Knoxville, TN 37929
Phone: (865) 524.1873 ext. 212
rej@qcflaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the proposed Order have been furnished to the following by placing a copy in the U.S. Mail, first class postage prepaid, email or the court ECF system to all parties listed below or on the attached mailing list this March 6th, 2024:

Tiffany DiIorio
800 Market Street, Suite 114
Howard H. Baker Jr. US Courthouse
Knoxville, TN 37902

Creditors and parties in interest on the attached list, via US Mail.

Label Matrix for local noticing
0649-3
Case 3:19-bk-32484-SHB
Eastern District of Tennessee
Knoxville
Wed Mar  6 17:33:38 EST 2024

PO BOX 1847
WILSON NC 27894-1847

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

3
United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

AAA Card member service
PO Box 790408
Saint Louis, MO 63179-0408

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Bb&t
Credit Disputes
Wilson, NC 27894

Bearden Healthcare Associates
PO Box 14000
Attn #20934R
Belfast, ME 04915-4033

Branch B&t
Credit Card Disputes
Wilson, NC 27894

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130-0281

Care credit
PO Box 9197
Pompano Beach, FL 33075-9197

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117-6217

Covenant Medical Group
PO BOX 59065
Knoxville, TN 37950-9065

Discover Bank
502 E Market St
Greenwood, DE 19950-9700

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850-5316

East TN Children's Hospital
P.O. Box 2528
Knoxville, TN 37901-2528

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

HRRG
PO Box  8486
Pompano Beach, FL 33075-8486

Internal Revenue Service
Centalized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Max Potential Rehab
970 Emory Rd
Knoxville, TN 37938-4617

Neurosurgical Asooc.
1932 Alcoa Hwy
Suite 360
Knoxville, TN 37920-1509

Optima Recovery Services
6215 Kingston Pike Ste. A
Knoxville, TN 37919-4044

Ornl Credit Union
221 S Rutgers Ave
Oak Ridge, TN 37830-6770

Ortho Tennessee
PO Box 50668
Knoxville, TN 37950-0668

Paragon Revenue Group
216 LePhillip Ct
Concord, NC 28025-2954

Revenue Recovery Corp
612 Gay St
Knoxville, TN 37902-1603

Sears/cbna
Po Box 6217
Sioux Falls, SD 57117-6217

Stat Care Outpatient, LLC
2240 Sutherland Ave
Suite 103
Knoxville, TN 37919-2333

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/sams Club
Po Box 965005
Orlando, FL 32896-5005

Syncb/sams Club Dc
Po Box 965005
Orlando, FL 32896-5005

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

(p)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

US Attorney's Office
800 Market Street, Ste. 211
Knoxville, TN 37902-2342

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

Us Bank
Cb Disputes
Saint Louis, MO 63166

(p)WAKEFIELD & ASSOCIATES
PO BOX 51272
KNOXVILLE TN 37950-1272

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wf/matfirm
Po Box 14517
Des Moines, IA 50306-3517

Charles P. Pope
The Pope Firm
5315 N. Broadway Street
Knoxville, TN 37918-3261

Charles Parks Pope
The Pope Firm
P. O. Box 6185
Johnson City, TN 37602-6185

John P. Newton Jr.
Law Offices of Mayer & Newton
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923-3135

Latoya Chambers
Ferrer, Poirot & Wansbrough
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219-4064

Michael Elmer Maness
1162 Hogskin Rd
Washburn, TN 37888-4871

Michele Denise Maness
1162 Hogskin Rd
Washburn, TN 37888-4871

Richard M. Mayer
Law Offices of Mayer & Newton
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923-3135

Robert Goldwater
Goldwater Law Firm PC
15849 North 71st Street, Suite 100
Scottsdale, AZ 85254-2179

Ryan Jarrard
Quist Fitzpatrick & Jarrard
800 South Gay Street, Suite 2121
Knoxville, TN 37929-9711

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
Attn: Bankruptcy Section
PO Box 1847
Wilson, NC 28174

(d)Branch Banking and Trust
PO Box 1847
Wilson, NC  27894-1847
Mailcode 100-50-01-51

First National Bank Omaha
1620 Dodge St Stop Code 3129
Omaha, NE 68197

(d)Fnb Omaha
Po Box 3412
Omaha, NE 68103

PO Box 7999
St Cloud MN 56302-9617

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Dept of Justice
Tax Division, CTS Eastern Reg
PO Box 227
Ben Franklin Station
Washington, DC  20044

Wakefield & Associates
P.O. Box 50250
Knoxville, TN 37950-0250


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Danae N. Benton

(u)Jim S. Adler


End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56